# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Collin Roschell, on behalf of himself and all others similarly situated,<br><br>    *Plaintiff*,<br> v.<br><br>Nationwide Lending Group, Inc.<br><br>    *Defendant*. | Civil Case No.: 1:26-cv-01962<br><br>**Jury Trial Demanded** |

## NOTICE OF APPEARANCE

 Anthony I. Paronich filed this Notice of Appearance on behalf of the plaintiff.

Dated: February 24, 2026    PLAINTIFF, on behalf of himself
               and others similarly situated,


               */s/ Anthony Paronich*
               Anthony Paronich
               Email:  anthony@paronichlaw.com
               PARONICH LAW, P.C.
               350 Lincoln Street, Suite 2400
               Hingham, MA 02043
               Telephone:  (617) 485-0018
               Facsimile:  (508) 318-8100