# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| |
|---|
| Collin Roschell, on behalf of himself and all others similarly situated, |
| *Plaintiff,* |
| v. |
| Nationwide Lending Group, Inc. |
| *Defendant.* |

Civil Case No.: 1:26-cv-01962

**Jury Trial Demanded**

### STATUS REPORT

After filing this action, Plaintiff contacted Defendant; the parties mutually discussed a potential resolution of this case; during those discussions, Plaintiff asked Defendant to waive service; Defendant immediately ceased communicating with Plaintiff. At this point it has become apparent that Defendant will not waive service and seems disinclined to move forward with further discussions; accordingly, Plaintiff will now seek to effectuate service, having only delayed in doing so because he anticipated that Defendant would waive service.

Dated: March 25, 2026

*/s Francisco Fernandez del Castillo*
Francisco Fernandez del Castillo
DEL CASTILLO LAW GROUP, LLC
11 E Adams Street #1401
Chicago, IL 60603

francisco@delcastillolawgroup.com
(312)-216 0111