**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Collin Roschell

                Plaintiff,

v.                                     Case No.: 1:26–cv–01962

                                     Honorable Edmond E. Chang

Nationwide Lending Group, Inc.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 26, 2026:

      MINUTE entry before the Honorable Edmond E. Chang: On review of the status report, R. 7, the Plaintiff says that the Defendant does not appear to be willing to waive service and that service efforts will start. Civil Rule 4(d)(2) cost–shifting will be granted if the Defendant refused to reasonably waive service. The tracking status hearing of 04/03/2026 is reset to 05/15/2026 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Instead, the parties shall file the joint initial status report by 05/08/2026, or if the Defendant has not appeared in the case, then the Plaintiff shall file the report. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.