**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| Collin Roschell, on behalf of himself and all others similarly situated, | |
| *Plaintiff*, | No. 1:26-cv-01962 |
| v. | |
| Nationwide Lending Group, Inc., | |
| *Defendants*. | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Collin Roschell, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses this action without prejudice. Each party shall bear its own attorneys' fees and costs.

Dated May 6, 2026.                              RESPECTFULLY SUBMITTED:

Collin Roschell

By:/s/ Francisco Fernandez Del Castillo
One of His Attorneys

Francisco Fernandez del Castillo
**DEL CASTILLO LAW GROUP, LLC**
11 E Adams St., Suite 1401
Chicago, IL 60603
*francisco@delcastillolawgroup.com*
(312) 216-0111